# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT BOSCH LLC,**  Plaintiff,  v.  **COREA AUTOPARTS PRODUCING CORPORATION and CAP AMERICA,**  Defendants. | Case No. 2:11-cv-14019-JAC-MAR  Hon. Julian Abele Cook, Jr.  Mag. Judge Mark. A. Randon |

### STIPULATION AND ORDER EXTENDING TIME
### TO RESPOND TO DEFENDANT COREA AUTOPARTS PRODUCING
### CORPORATION'S MOTION TO STAY

On May 9, 2013 Defendant COREA AUTOPARTS PRODUCING CORPORATION electronically filed and served a motion to stay this case. (Dkt. No. 69.) The due date for filing of Plaintiff's response to the motion to stay is May 28, 2013. *See* E. D. Mich. LR 7.1(e)(2) and Fed. R. Civ. P. 6.

Plaintiff ROBERT BOSCH LLC has requested, and Defendants have agreed to, an extension of time of two weeks for Plaintiff to file a response to the motion to stay.

Upon stipulation of the parties, good cause existing for the requested extension of time for Plaintiff to file a response to the motion to stay and the Court being otherwise fully advised;

1

IT IS HEREBY ORDERED that the due date for the filing of Plaintiff's response to Defendant COREA AUTOPARTS PRODUCING CORPORATION'S motion to stay this case shall be and hereby is adjourned to June 11, 2013.

Date: May 28, 2013                s/Julian Abele Cook, Jr.
                                  JULIAN ABELE COOK, JR.
                                  United States District Judge

**SO STIPULATED:**

/s/ Christopher Darrow
Christopher Darrow (P67196)
YOUNG BASILE HANLON &
MACFARLANE
3001 W. Big Bear Rd., Ste. 624
Troy, Michigan 48084-3107
(248) 649-3333 (Telephone)
litigation@youngbasile.com

Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Plaintiff*

Dated: May 28, 2013

/s/ Mark Cantor (w/consent)
Mark Cantor (P32661)
John M. Halan (P37616)
Marc Lorelli (P63156)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel. (248) 358-4400 – Fax (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
jhalan@brookskushman.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, I served via first class mail the above STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT COREA AUTOPARTS PRODUCING CORPORATION' S MOTION TO STAY to:

Mark A. Cantor
Marc Lorelli
John Halan
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
mlorelli@brookskushman.com
mcantor@brookskushman.com
jhalan@brookskushman.com


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher Darrow*